| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RICK FREY, et al., | ) Case No.: 1:18-cv-00963 LJO JLT |
|---|---|
| Plaintiffs, | ) ORDER TO PLAINTIFF TO SHOW CAUSE WHY |
| v. | ) SANCTIONS SHOULD NOT BE IMPOSED FOR |
|  | ) THE FAILURE TO COMPLY WITH THE |
| EQUISOLAR, INC., | ) COURT'S ORDERS AND TO PROSECUTE THIS |
|  | ) ACTION; ORDER CONTINUING SCHEDULING |
| Defendants. | ) CONFERENCE |

On July 16, 2018, the plaintiffs initiated this action for. (Doc. 1) The next day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on October 15, 2018. (Doc. 3) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1-2, emphasis added) Despite this, the plaintiffs have not filed proofs of service of the summons and complaint and no defendant has appeared in the action. Therefore, the Court **ORDERS**,

    1.    <u>**No later than October 12, 2018**</u>, the plaintiffs **SHALL** show cause why sanctions should not be imposed for the failure to serve the summons and complaint and file proof of service.

1

Alternatively, the plaintiffs may file proofs of service;

2. Due the failure of the defendant to appear and the lack of proof of service which would prevent entry of default, the scheduling conference is **CONTINUED** to **December 11, 2018** at 8:15 a.m.

IT IS SO ORDERED.

Dated: **October 3, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE