# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FREY, et al., | ) Case No.: 1:18-cv-0963 - LJO - JLT |
| Plaintiffs, | ) ORDER DISCHARGING ORDER TO SHOW |
| | ) CAUSE |
| v. | ) (Doc. 11) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| Defendant. | ) |

On October 3, 2018, the Court ordered the plaintiffs to show cause why sanctions should not be imposed for their failure to comply with the Court's order and failure to prosecute the action. (Doc. 5) Alternatively, the plaintiffs were directed to file proof of service of the summons and complaint upon the defendant. (*Id.* at 2) The plaintiffs have now filed proofs of service. Accordingly, the Court **ORDERS**:

    1.    The order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **December 3, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE