# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FREY, et al. | Case No.: 1:18-cv-0963 -LJO-JLT |
| Plaintiffs, | ORDER CLOSING THIS CASE (DOC. 21) |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

On March 1, 2019, the Court ordered the plaintiffs to show cause why the case should not be dismissed due to their failure to amend the complaint to add parties and to prosecute this action. (Doc. 20) The same day, the plaintiffs responded and indicated they did not have an objection to the action being dismissed. (Doc. 21) The Court construes this response as a request for voluntary dismissal under Fed.R.Civ.P. 41(a). Because there is no remaining defendant in this action, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **March 5, 2019**          **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE